IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELINA LAPOLICE, )
)
        **Plaintiff,** )
)
vs. ) Case No. 17-cv-0568-MJR-DGW
)
AT&T, INC., d/b/a DirecTV, )
)
        **Defendant.** )

## ORDER OF RECUSAL

**REAGAN, Chief Judge:**

The undersigned District Judge hereby **RECUSES** from the above-captioned civil case. The Clerk's Office shall reassign the case by random draw.

IT IS SO ORDERED.

DATED June 5, 2017.

                                                  s/ *Michael J. Reagan*
                                                  Michael J. Reagan
                                                  United States District Judge

**This case is hereby reassigned to the Honorable Staci M. Yandle, United States District Judge. All future pleadings should be captioned as Case No. 17-cv-0568-SMY-DGW.**